## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Stephen Johnson
                                        Plaintiff,

v.                                                     Case No.: 1:12–cv–03014
                                                          Honorable Robert M. Dow Jr.

The City of Maywood, et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 30, 2012:

      MINUTE entry before Honorable Robert M. Dow, Jr: On the Court's own motion, MOTION by Plaintiff Stephen Johnson Preserve Evidence [6] is entered and continued to 5/3/2012 at 9:15a.m. Notice of Motion date of 5/1/2012 is stricken. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.